JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 5E BORON AMERICAS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MATRIX SERVICE INC.,<br><br>Defendant. | Case No. 5:23-CV-01396-CV (DTBx)<br><br>**ORDER DISMISSING ENTIRE CASE WITH PREJUDICE** |

On March 19, 2026, the parties filed a Joint Stipulation to Dismiss Entire Case with Prejudice ("Stipulation"). Doc. # 81. The Court, having reviewed the Stipulation and good cause having been found, hereby GRANTS the Stipulation. This action, is hereby DISMISSED WITH PREJUDICE in its entirety as to all claims, crossclaims, causes of action, and parties, with each party bearing that party's own attorney fees and costs.

**IT IS SO ORDERED.**

Date:  5/12/26

*Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

1